**Sara L. Gabin**, OSB #81234
Internet E-mail address:  slgabin@pacifier.com
Sara L. Gabin, P.C., Attorney at Law
4500 SW Kruse Way, Suite 100
Lake Oswego, Oregon, OR 97035-8651
Telephone:  503.620.3171
Fax:  503.620.3365
Attorney(s) for:  D.J. Arellano

FILED'10 MAY 24 10:28USDC-ORP

# UNITED STATES DISTRICT COURT

## DISTRICT OF OREGON

| | |
|---|---|
| D.J. ARELLANO, | Case No. 09-90-HA |
| Plaintiff, | ORDER AUTHORIZING EQUAL ACCESS TO JUSTICE (EAJA) FEES |
| V. | |
| MICHAEL J. ASTRUE Commissioner, Social Security Administration, | |
| Defendant. | |

Based on the parties stipulation, it is hereby ORDERED that attorney fees of

$5,366.59are awarded to plaintiff (Arellano) under the Equal Access to Justice Act, 28 U.S.C.

2412, payable directly to his attorney, SARA L. GABIN, Attorney at Law, and mailed to 4500

SW Kruse Way, Suite 100, Lake Oswego, Oregon  97035.

ORDER AUTHORIZING EQUAL ACCESS TO JUSTICE (EAJA) FEES          **Page 1**

It is further ORDERED that costs of $350.00 are awarded to Arellano under 28 U.S.C. 1920, payable directly to his attorney, SARA L. GABIN, Attorney at Law, and mailed to 4500 SW Kruse Way, Suite 100, Lake Oswego, Oregon  97035.

DATED this _____ day of _____, 2010.

_____
UNITED STATES DISRCTIC COURT JUDGE

Submitted by:

/s/ SARA L. GABIN
SARA L. GABIN, OSB#81234
Attorney for Plaintiff

Approved by:

/s/ GERALD J. HILL
GERALD J.  HILL
Special Assistant United States Attorney

ORDER AUTHORIZING EQUAL ACCESS TO JUSTICE (EAJA) FEES          **Page 2**